861 A.2d 950

GREATER JOHNSTOWN SCHOOL DISTRICT, Respondent,

v.

GREATER JOHNSTOWN SCHOOL PERSONNEL
ASSOCIATION (PSEA/NEA), Petitioner.

Supreme Court of Pennsylvania.

Nov. 24, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 24th day of November, 2004, the Petition for Allowance of Appeal is hereby GRANTED. The order of the Commonwealth Court is hereby REVERSED. *Office of Attorney General v. Council 13, AFSCME, AFL–CIO,* 577 Pa. 257, 844 A.2d 1217 (2004).